## STATEMENT OF FACTS

On or about October 22, 2015, agents with the Federal Bureau of Investigation executed a search warrant at xxxx Maple Place S.E. apartment #xxx. Washington, DC. The defendant is the lessee of apartment #xxx. The search warrant for that address was based on the purchase of marijuana from inside the apartment. The agents knocked and announced on the front door of the apartment and then forced entry when they did not receive a response from inside. The defendant and his sister were detained inside the apartment. During a search of the apartment a loaded Colt .38 caliber revolver was recovered under the couch in the living room where the defendant had been sitting and additional .38 caliber ammunition was recovered in the kitchen. After the defendant was arrested he gave a video tape statement to the agents admitting that he had purchased the .38 caliber revolver that was recovered from the apartment. To the best of the undersigned officer's knowledge, defendant Clinton Wright, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. 1993-FEL-004872. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Colt .38 caliber handguns or .38 caliber ammunition manufactured in the District of Columbia.

_____
SPECIAL AGENT RICHARD M. JOHNSON
FEDERAL BUEARU OF INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF OCTOBER, 2015.


_____
U.S. MAGISTRATE JUDGE